1

2

3

4

5

6

7                               UNITED STATES DISTRICT COURT

8                              EASTERN DISTRICT OF CALIFORNIA

9

10   SONIA MEDERO-NARANJO,              )        1:05-cv-00214-REC-DLB-HC
                                        )
11            Petitioner,               )        **ORDER ADOPTING REPORT AND**
                                        )        **RECOMMENDATION** (Doc. 7)
12   v.                                 )
                                        )        **ORDER DISMISSING ACTION**
13   IMMIGRATION & NATURALIZATION       )
     SERVICE,                           )
14                                      )
              Respondent.               )
15   _____)

16

17        Petitioner is proceeding pro se with a Petition for Writ of

18   Habeas Corpus pursuant to 28 U.S.C. § 2241.

19        On April 25, 2005, the Magistrate Judge filed a Report and

20   Recommendation that this action be DISMISSED based on Petitioner's

21   failure to obey the court's order of March 10, 2005.  This Report

22   and Recommendation was served on Petitioner and contained notice

23   that any objections were to be filed within thirty (30) days from

24   the date of service of that order.  To date, Petitioner has not

25   filed timely objections to the Report and Recommendation.[1]

26   _____

27        [1] The United States Postal Service returned the order served on Petitioner on May 10, 2005, as undeliverable.  A

28   notation on the envelope indicated:  Return to Sender ~ Not in Custody.  However, Petitioner has not notified the court of
     any change in address.  Absent such notice, service at a party's prior address is fully effective.  See Local Rule 83-182(d).

                                              1

1    In accordance with the provisions of 28 U.S.C. § 636

2  (b)(1)(C), this Court has conducted a *de novo* review of the case.

3  Having carefully reviewed the entire file, the Court concludes that

4  the Magistrate Judge's Report and Recommendation is supported by

5  the record and proper analysis.

6    Accordingly, IT IS HEREBY ORDERED that:

7    1.   The Report and Recommendation, filed April 25, 2005, is

8  ADOPTED IN FULL; and,

9    2.   This action is DISMISSED based on petitioner's failure to

10  obey the court's order of March 10, 2005.

11  IT IS SO ORDERED.

12  **Dated:  June 9, 2005**                    **/s/ Robert E. Coyle**
    668554                                     UNITED STATES DISTRICT JUDGE

2